UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ANGELA GIBBS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:16-cv-40 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant.* ) | |
| ) | |

# ORDER

On August 2, 2017, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that (1) Plaintiff's Motion for Summary Judgment be denied; (2) Defendant's Motion for Summary Judgment be granted; and (3) the Commissioner's decision denying benefits be affirmed. (Doc. 17 at 20).

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment (Doc. 12) is

---

[1] Magistrate Judge Lee specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 17 at 20); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

hereby **DENIED**, Defendant's Motion for Summary Judgment (Doc. 15) is hereby **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 28th day of August, 2017.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE